UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RAMONA Y EDWARDS** | **CIVIL DOCKET NO. 6:21-CV-04206** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 19], after an independent review of the record, noting the absence of any objection, having determined that the findings and recommendations are correct under the applicable law, with the exception of the sentence on page 22 of the REPORT AND RECOMMENDATION stating that, "[t]he Court has never seen a more obvious case of somatoform disorder," which shall be excised from this JUDGMENT;

IT IS ORDERED that the Commissioner's decision should be REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to re-evaluate Claimant's mental impairments in light of this Court's findings, Claimant's residual functional capacity, whether she is capable of performing her past relevant work, and whether

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

she is disabled. The claimant should be afforded the opportunity to submit updated medical evidence and to testify at another hearing.

THUS, DONE AND SIGNED in Chambers on this 3rd day of October 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE